**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Frankie Ozro RANDALL, aka, Frankie Randall aka, Frankie Borzo Randall, Defendant—Appellant.**

**No. 00–10493.**

**D.C. No. CR–99–05407–REC.**

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

### MEMORANDUM**

Frankie Ozro Randall appeals his conviction, following a guilty plea, and sentence for conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Randall's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

counsel of record. Randall has filed a pro se supplemental brief.

In the plea agreement, Randall waived his right to appeal the conviction and sentence. Having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we are satisfied that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily. *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998). We therefore enforce the waiver, grant the motion to withdraw, and dismiss the appeal.

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.